IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WATSON WOODS HEALTHCARE, INC., d/b/a/ GRANITE CREEK HEALTH AND REHABILITATION CENTER; LA JOLLA SKILLED, INC., d/b/a THE SPRINGS AT PACIFIC REGENT; BIG BLUE HEALTHCARE, INC., d/b/a RIVERBEND POST ACUTE REHABILITATION; LYNNWOOD HEALTH SERVICES, INC., d/b/a LYNNWOOD POST ACUTE REHABILITATION CENTER; LONE STAR MTC, INC.; HEALTHLIFT MEDICAL TRANSPORTATION, INC.; MAVSTAR MEDICAL TRANSPORTATION, INC.; MEDSTAR MEDICAL TRANSPORTATION, LLC; NEW ENGLAND MEDICAL TRANSPORTATION, INC.; BAKORP, LLC; PMDCA, LLC; PMDLAB, LLC; and PMDTC, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> No. 21 C 01150 <br><br> Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided on a motion to dismiss by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant American Guarantee and Liability Insurance Company and against plaintiffs Watson Woods Healthcare, Inc.; La Jolla Skilled, Inc.; Big Blue Healthcare, Inc.; Lynnwood Health Services, Inc.; Lone Star MTC, Inc.; Healthlift

Medical Transportation, Inc.; Mavstar Medical Transportation, Inc.; Medstar Medical Transportation, LLC; New England Medical Transportation, Inc.; Bakorp, LLC; PMDCA, LLC; PMDLAB, LLC; and PMDTC, LLC. Defendant shall recover costs from plaintiffs.

Dated: March 31, 2022

*John J. Tharp*

John J. Tharp, Jr.
United States District Judge