# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 19, 2022

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| | |
|---|---|
| No. 22-1762 | WATSON WOODS HEALTHCARE, INC., doing business as GRANITE CREEK HEALTH AND REHABILITATION CENTER, et al., Plaintiffs - Appellants v. AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-01150 Northern District of Illinois, Eastern Division District Judge John J. Tharp | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned

form name: c7_Mandate    (form ID: 135)